UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-2694 JJO

UNITED STATES OF AMERICA

v.

LORENA GONZALEZ and
JOSE LIMA,

    **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   __ Yes  X  No

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

BY: _____
    ROBERT J. BRADY, JR.
    Assistant United States Attorney
    District Court No. A5501703
    99 N. E. 4th Street
    Miami, Florida  33132-2111
    TEL (305) 961-9188
    FAX (305) 536-4699

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LORENA GONZALEZ and<br>JOSE LIMA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 15-2694 JJO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/20/2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert A. West, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/21/2015

*Judge's signature*

City and state:   Miami, Florida

John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert West, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Drug Enforcement Administration (hereinafter referred to as the "DEA") assigned to the Miami Field Division in Miami, Florida. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with DEA since May 2012, and I have been assigned to the Miami Field Division since August 2012. I have specialized in investigations involving narcotics trafficking and money laundering. I have received training on the subjects of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession and distribution of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who were directly involved in the matter or have personal knowledge of the facts herein. The affidavit does not include all the information known to me, but only information sufficient to establish probable cause for the arrest of Lorena GONZALEZ and Jose LIMA for conspiring to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 846.

3. On May 20, 2015, based on information from a reliable source, DEA agents learned GONZALEZ would arrive at a 7-Eleven convenience store, located at 1447 Alton Road, Miami Beach, Florida 33139, to conduct a methamphetamine transaction. On the same date,

DEA agents established surveillance in the vicinity of the 7-Eleven in anticipation on the illicit transaction involving GONZALEZ. At approximately 12:53 p.m., DEA agents and Miami Beach Police Department (MBPD) officers observed LIMA arrive on foot at the 7-Eleven's parking lot. LIMA was carrying a blue bag. The law-enforcement officers observed LIMA enter the front passenger side of a gray Pontiac G6 that was parked at the 7-Eleven parking lot. At this time, the law-enforcement officers also observed GONZALEZ in the Pontiac G6's driver's seat. The Pontiac G6 displayed a Florida license plate numbered CXSC14 and was registered to Marcia Causey. At approximately 1:04 p.m., the law-enforcement officers observed the Pontiac G6 depart the 7-Eleven parking lot. GONZALEZ was driving the Pontiac G6, LIMA sat in the front passenger seat, and Marcia Causey sat in the back passenger seat. At approximately 1:07 p.m., upon observing traffic violations, an MBPD patrol unit conducted a traffic stop on the Pontiac G6. During the traffic stop, other law-enforcement officers approached the scene and directed all three occupants of the Pontiac G6 to exit the vehicle. Marcia Causey then granted the law-enforcement officers consent to search the Pontiac G6. Upon searching the Pontiac G6, the law-enforcement officers observed the same blue bag that LIMA was carrying in the 7-Eleven parking lot as he entered the Pontiac G6. DEA agents found the blue bag on the driver's side floor of the Pontiac G6. Inside the blue bag, the agents found approximately six (6) ounces (approximately 170 grams) of suspected methamphetamine contained within six (6) individual bags. A field-test of the contents of the six individual bags confirmed the presence of methamphetamine. The DEA agents then placed GONZALEZ and LIMA under arrest. After being advised her *Miranda* rights, GONZALEZ indicated her willingness to speak with the agents without the presence of an attorney. According to GONZALEZ, she contacted LIMA in

order to obtain 6 ounces of methamphetamine that she intended to further distribute to a person named "Marco."

4. Laboratory analysis on the drugs seized during the above-referenced operation is pending. Based on your Affiant's training and experience, however, the contents of the six individual bags contained in the blue bag seized from GONZALEZ and LIMA appeared to be a very pure form of methamphetamine known as "crystal methamphetamine."

5. Based on the above information and facts, your Affiant submits there is probable cause to believe that Lorena GONZALEZ and Jose LIMA conspired with others known and unknown, in the Southern District of Florida, to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 846.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
ROBERT A. WEST
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 21 day of May, 2015

_____
JOHN J. O'SULLIVAN
United States Magistrate Judge
Southern District of Florida